UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PETER W. GUILDAY,

        Plaintiff,

vs.                              Case No.  2:06-cv-63-FtM-29DNF

DYNCORP,

        Defendant.
_____

**ORDER**

This matter comes before the Court on plaintiff's Motion for Summary Judgment (Doc. #7), filed on April 21, 2006. The Complaint (Doc. #1) was filed on January 1, 2006. No proof of service has been filed and no appearance has been made by defendant. Summary judgment may only be decided upon an adequate record. Fernandez v. Bankers Nat'l Life Ins. Co., 906 F.2d. 559, 568 (1990). Clearly where there has been no summons or appearance on behalf of defendant, there is no record.

Under Federal Rule of Civil Procedure 4(c), "[t]he plaintiff is responsible for service of a summons and complaint within the time allowed under subdivision (m) and shall furnish the person effecting service with the necessary copies of the summons and complaint." See also Fed. R. Civ. P. 4(h). Plaintiff was required to complete service of the summons and complaint within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). There is no record on the docket that service of process has been

accomplished.  Under Fed. R. Civ. P. 4(m), the Court "...after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period."

Accordingly, it is now

**ORDERED:**

1.  Plaintiff's Motion for Summary Judgment (Doc. #7) is **DENIED** without prejudice.

2.  Plaintiff shall show cause why the case should not be dismissed for failure to perfect service of process or seek an extension of time to complete service within **ELEVEN (11) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of June, 2006.

                                      JOHN E. STEELE
                                      United States District Judge

Copies:
Counsel of record